JAN

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 13 2006 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 17 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

  - against -

FILIP GROZEA,

              Defendant.

- - - - - - - - - - - - - - - - - -X

O R D E R *and judgment and*

Cr. No. 05-71 (JBW) *denial of*

*cv06-2035 certificate of appealability*

EASTERN DISTRICT OF NEW YORK, SS:

The Court, having heard argument on May 9, 2006 with respect to the defendant's application filed May 1, 2006 seeking relief under T. 28, U.S.C., § 2255, in which application the defendant sought a judgment in the captioned matter (a) vacating the judgment of conviction and (b) granting the defendant leave to withdraw his guilty plea, and having given the matter due deliberation, it is hereby

Ordered that the defendant's application is denied *and dismissed* in its entirety *for the reasons stated orally on the record*; and it is further

Ordered that the defendant's application for a certificate of appealability from the denial of his application is denied; and it is further

Ordered that the defendant shall surrender on May 31, 2006 to the facility designated by the Bureau of Prisons to serve the

2

incarceratory sentence imposed by the Court on January 24, 2006 in the captioned matter.

Dated: May 11, 2006

                                        HON. JACK B. WEINSTEIN
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF NEW YORK